**Appeal Dismissed and Memorandum Opinion filed October 15, 2015.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-15-00665-CR

---

**MIYAGGI ALEMAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 174th District Court
Harris County, Texas
Trial Court Cause No. 1438379**

---

## M E M O R A N D U M   O P I N I O N

Appellant was indicted for aggravated sexual assault of a child under fourteen years of age. Pursuant to a charge bargain, the State agreed to reduce the charge in exchange for appellant's guilty plea to indecency with a child. The State also agreed to a recommended sentence of two years in prison. The trial court sentenced appellant in accordance with the agreement. Appellant filed a timely notice of appeal. We dismiss the appeal.

The trial court entered a certification of the defendant's right to appeal in which the court certified that this is a plea bargain case, and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The trial court's certification is included in the record on appeal. *See* Tex. R. App. P. 25.2(d). The record supports the trial court's certification. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005).

Accordingly, we dismiss the appeal.


PER CURIAM


Panel consists of Chief Justice Frost and Justices Christopher and Donovan.

Do Not Publish — Tex. R. App. P. 47.2(b)